IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROGELIO BARAJAS, | : | |
| BOP Reg. No. 22905-424, | : | |
| | : | |
| Movant, | : | |
| | : | MOTION TO VACATE |
| | : | 28 U.S.C. § 2255 |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:17-CR-0002-LMM-JKL-1 |
| | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
| | : | 1:19-CV-3752-LMM-JKL |
| | : | |
| Respondent. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [99]. No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court:

The amended 28 U.S.C. § 2255 motion [92] is **DENIED**, and a certificate of appealability is **DENIED**.

**IT IS SO ORDERED** this 2nd day of September, 2021.

_____
**Leigh Martin May**
**United States District Judge**